```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Leonardo Lobon Rivas

   v.                                            Case No. 23-cv-111-SE

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 30, 2023. For the reasons stated therein, this case is dismissed without prejudice and the Warden's motion for summary judgment (doc. No. 5) is denied as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk is directed to enter judgment and close the case.

                                         /s/ SD Elliott
                                      _____
                                      Samantha D. Elliott
                                      United States District Judge

Date: July 10, 2023

cc: Leonardo Lobon Rivas, pro se
    Counsel of Record